FILED IN CLERK'S OFFICE
U.S.D.C. - ATLANTA

JUN 16 2006

LUTHER D. THOMAS, CLERK
By: _____
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZUEST & BACHMEIER GmbH,<br><br>Plaintiff,<br><br>v.<br><br>IFF, INC.; and WITEX USA, INC.,<br><br>Defendants. | Civil Action<br>File No.1:06-CV-0375-GET |

## ORDER AND JUDGMENT

Upon consent of Defendant Witex USA, Inc. ("Witex USA") and Plaintiff Zuest & Bachmeier GmbH ("Z&B") and Defendant IFF, Inc. ("IFF"), it is herewith

ORDERED that Z&B recover from Witex USA the sum of $1,107,766.19 or such lesser amount as the court in the case of <u>Witex AG v. Zuest & Bachmeier GmbH</u> pending in the District Court (Landesgericht) of Bremen, Germany ("German Action") may determine to be owed by Z&B to Witex AG. No writ of execution shall issue, nor enforcement of this judgment be taken by Z&B in any respect, until ten (10) days following Counsel of record below for Z&B notifying in writing Counsel of record below for Witex USA that judgment has been entered against Plaintiff in the German Action and that Z&B has paid to Witex AG the

amount of the judgment. Upon proof of such notification having been given, the Clerk shall issue any requested writ of execution.

It is further ORDERED that, in the event that Z&B should ultimately receive a judgment against IFF in the above-captioned action or any subsequent action seeking indemnification from IFF with respect to the amount determined to be owed by Z&B to Witex AG in the German Action, IFF may recover that amount from Witex USA; provided, however, that Z&B shall only be entitled to receive the amount determined to be owed by Z&B to Witex AG in the German Action once, and Witex USA shall only be required to pay the amount determined to be owed by Z&B to Witex AG in the German Action once. No writ of execution shall issue, nor enforcement of this judgment be taken by IFF in any respect, until ten (10) days following Counsel of record below for IFF notifying in writing Counsel of record below for Witex USA that judgment has been entered against IFF in this action or a subsequent action seeking indemnification from IFF with respect to the amount determined to be owed by Z&B to Witex AG in the German Action, and that IFF has paid to Z&B the amount of the judgment. Upon proof of such notification having been given, the Clerk shall issue any requested writ of execution.

At Atlanta, Georgia, this __16__ day of __June__, 2006.

_____
Judge, United States District Court

__/s/ Michael Ridgway Jones__
John C. Herman
Georgia Bar No. 348370
Michael Ridgway Jones
Georgia Bar No. 141258
Duane Morris, LLP
1180 W. Peachtree St., Ste. 700
Atlanta, GA 30309
   *Counsel for Zuest & Bachmeier, GmbH*


__/s/ C. David Butler__
C. David Butler
Georgia Bar No. 099400
Shapiro Fussell
1360 Peachtree St., Ste. 1200
Atlanta, GA 30309
   *Counsel for Witex USA, Inc.*


__/s/ Ashley Steiner Kelly__
Glenn P. Hendrix
Georgia Bar No. 346590
Ashley Steiner Kelly
Georgia Bar No. 678211
Arnall Golden Gregory LLP
171 17th Street, N.W., Ste. 2100
Atlanta, Georgia  30363-1031
   *Counsel for IFF, Inc.*